```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PETER FERDINANDI,

                Plaintiff,

  - against -

SITUSAMC HOLDINGS CORPORATION
D/B/A HANOVER STREET CAPITAL,

                Defendant.

24-cv-7805 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file an amended complaint by **December 13, 2024.** The time for the defendant to answer or otherwise respond to the amended complaint is **January 10, 2025.**

    If the defendant moves to dismiss the amended complaint, the time for the plaintiff to respond is **February 7, 2025.** The time for the defendant to reply is **February 18, 2025.**

    If the defendant does not move to dismiss the amended complaint, the parties are directed to submit a Rule 26(f) report by **February 7, 2025.**

    The initial conference scheduled for February 24, 2025 at 12:00 p.m. is canceled.

**SO ORDERED.**

Dated:    New York, New York
            December 4, 2024

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                       United States District Judge