UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER FERDINANDI,

              Plaintiff,           24-cv-7805 (JGK)

- against -                    ORDER

SITUSAMC HOLDINGS CORPORATION,

              Defendant.

---

JOHN G. KOELTL, District Judge:

Because the plaintiff does not oppose the defendant's application to amend its answer to add additional affirmative and other defenses, the application is **granted**. The defendant shall file its amended answer by **July 11, 2025**.

The conference scheduled for June 30, 2025, is **canceled**.

SO ORDERED.

Dated:    New York, New York
            June 27, 2025

                                                  John G. Koeltl
                                        United States District Judge