UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER FERDINANDI,

                    Plaintiff,

     - against -

SITUSAMC HOLDINGS CORP.,

                    Defendant.

---

24-cv-7805 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the plaintiff may take the depositions of Holly Mickens and Tanya Sacco. The deposition of Ms. Sacco may last no more than four hours. The plaintiff is directed to take both depositions promptly.

The defendant may make its motion for summary judgment 30 days after receipt of the two deposition transcripts. The plaintiff will have 30 days to respond, and the defendant will have 20 days to reply. The parties are directed to provide a status update with the final briefing schedule once the two depositions have been taken.

The Clerk is respectfully requested to close ECF No. 46.

SO ORDERED.

Dated:    New York, New York
         February 19, 2026

                             John G. Koeltl
                       United States District Judge