UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER FERDINANDI,

                Plaintiff,

      - against -

SITUSAMC HOLDINGS CORP.,

                Defendant.

24-cv-7805 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to provide an update on the status of this case by **Friday, May 8, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 30, 2026

                         John G. Koeltl
                 United States District Judge