UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

PETER FERDINANDI,  :   Civil Action No. 1:24-CV-07805-JGK

           Plaintiff,  :   **DEFENDANT'S NOTICE OF**
                  :   **MOTION FOR SUMMARY**
-against-  :   **JUDGMENT PURSUANT**
                  :   **TO FED. R. CIV. P. 56 AND**
SITUSAMC HOLDINGS CORPORATION,  :   **LOCAL RULE 56.1**
D/B/A HANOVER STREET CAPITAL
LLC,  :

           Defendant.  :   **ORAL ARGUMENT REQUESTED**

-------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the accompanying: (1) Memorandum of Law in Support of Defendant's Motion for Summary Judgment pursuant to FED. R. CIV. P. 56; (2) Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; (3) Declaration of Courtney S. Stieber, Esq. in Support of Defendant's Motion for Summary Judgment with Exhibits A through R; (4) Declaration of Seema Nathani in Support of Defendant's Motion for Summary Judgment with Exhibits A through C; and upon all the pleadings and proceedings herein, Defendant Situs AMC Holdings Corporation (incorrectly pled as "SitusAMC Holdings Corporation d/b/a Hanover Street Capital LLC") ("Defendant"), by and through its counsel, Seyfarth Shaw LLP, will move this Court, at a date and time to be determined by the Court, before the Honorable John G. Koeltl, United States District Judge at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (i) granting Defendant's Motion for Summary Judgment pursuant to FED. R. CIV. P. 56 and Local Rule 56.1 in its entirety; (ii) dismissing Plaintiff's Amended Complaint in its entirety, with prejudice; and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
         June 16, 2026

SEYFARTH SHAW LLP


By: */s/ Courtney S. Stieber*
    Courtney S. Stieber, Esq.
    David S. Ostern, Esq.
    620 Eighth Avenue, 32nd Floor
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526
    Email: cstieber@seyfarth.com
    Email: dostern@seyfarth.com

*Attorneys for Defendant Situs AMC Holdings*
*Corporation*

## CERTIFICATE OF SERVICE

I, Courtney S. Stieber, hereby certify that on June 16, 2026, I caused to be electronically filed true and correct copies of the foregoing NOTICE OF MOTION; MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1; DECLARATION OF COURTNEY S. STIEBER, ESQ. WITH EXHIBITS A THROUGH R; and DECLARATION OF SEEMA NATHANI WITH EXHIBITS A THROUGH C, with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Courtney S. Stieber*
Courtney S. Stieber