UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------  X

PETER FERDINANDI,

               Plaintiff,

   -against-

SITUSAMC HOLDINGS CORPORATION
D/B/A HANOVER STREET CAPITAL
LLC,

               Defendant.

--------------------------------------------------------  X

Civil Action No. 1:24-CV-07805-JGK

**DECLARATION OF COURTNEY S. STIEBER, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR <u>SUMMARY JUDGMENT</u>**

I, **COURTNEY S. STIEBER**, declare under the penalty of perjury:

1.     I am a Partner with the law firm of Seyfarth Shaw LLP, attorneys for Defendant Situs AMC Holdings Corporation (incorrectly pled as "SitusAMC Holdings Corporation d/b/a Hanover Street Capital LLC") ("Defendant" or "SitusAMC"), in the above-captioned action. I submit this Declaration in Support of Defendant's Motion for Summary Judgment pursuant to Local Rule 56.1. I know the facts testified to in this Declaration to be true based on my own personal knowledge, information provided to me, and my review of the documents produced in this action.

2.     True and correct copies of the following exhibits in support of Defendant's Motion for Summary Judgment are annexed hereto as:

| Exhibit | Description |
|---|---|
| A | Excerpts of the deposition transcript of Plaintiff Peter Fernandi ("Plaintiff") conducted on October 28, 2025 (cited in Defendant's Rule 56.1 Statement of Undisputed Material Facts ("SOF") as "Pl. Dep."). |
| B | Excerpts of the deposition transcript of Michael Franco conducted on November 4, 2025 (cited in Defendant's SOF as "Franco Dep."). |
| C | Excerpts of the deposition transcript of Anne Jablonski conducted on December 18, 2025 (cited in Defendant's SOF as "Jablonski Dep."). |
| D | Excerpts of the deposition transcript of Tanya Sacco conducted on March 19, 2026 (cited in Defendant's SOF as "Sacco Dep."). |
| E | Excerpts of the deposition transcript of Holly Mickens conducted on April 17, 2026 (cited in Defendant's SOF as "Mickens Dep."). |
| F | Plaintiff's Offer Letter bearing Bates stamp SITUSAMC_000414-423, and marked and identified as Exhibit 2 at Plaintiff's deposition. |
| G | SitusAMC's 2021 Employee Handbook bearing Bates stamps SITUSAMC_000001-241, and marked and identified as Exhibit 5 at Plaintiff's deposition. |
| H | SitusAMC's 2022 Employee Handbook bearing Bates stamps SITUSAMC_000266-362, and marked and identified as Exhibit 6 at Plaintiff's deposition. |
| I | SitusAMC's 2023 Employee Handbook bearing Bates stamps SITUSAMC_000432-664, and marked and identified as Exhibit 7 at Plaintiff's deposition. |

| J | Email correspondence titled "DB Return to work /Future of Work and 48 Wall plans," dated September 10-12, 2021, bearing Bates stamps SITUSAMC_000832-834, and marked and identified as Exhibit 8 at Plaintiff's deposition. |
|---|---|
| K | Email correspondence titled "DB Return to work /Future of Work and 48 Wall plans," dated September 24, 2021, bearing Bates stamps SITUSAMC_001100-1103, and marked and identified as Exhibit 9 at Plaintiff's deposition. |
| L | Letter from Defendant to Plaintiff, dated April 20, 2022, bearing Bates stamps SITUSAMC_000687-689, a portion of the document marked and identified as Exhibit 15 at Plaintiff's deposition. |
| M | Summary Report – Sensitivity Training and Coaching, bearing Bates stamps SITUSAMC_000761-765, and marked and identified as Exhibit 14 at Plaintiff's deposition. |
| N | Defendant's draft investigation report regarding allegations against Plaintiff, bearing Bates stamps SITUSAMC_000843-846, and marked and identified as Exhibit 11 at Plaintiff's deposition. |
| O | Text messages between Plaintiff and Holly Mickens, dated January 13, 2022, bearing Bates stamp P-000653, and marked and identified as Exhibit 20 at Plaintiff's deposition. |
| P | Email correspondence titled "Call re TS lease," dated July 24-25, 2022, bearing Bates stamps SITUSAMC_001088-1093, and marked and identified as Exhibit 17 at Plaintiff's deposition. |

| Q | Text messages between Plaintiff and Steve Powel, dated July 25, 2022, bearing Bates stamp P-000457, and marked and identified as Exhibit 19 at Plaintiff's deposition. |
| R | Text messages between Plaintiff and Anne Jablonski, dated July 25, 2022, bearing Bates stamps P-000488-490, and marked and identified as Exhibit 18 at Plaintiff's deposition. |

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
       June 16, 2026

*/s/ Courtney S. Stieber*
Courtney S. Stieber

4