UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

PETER FERDINANDI,

            Plaintiff,

  -against-

SITUSAMC HOLDINGS CORPORATION,
D/B/A HANOVER STREET CAPITAL
LLC,

           Defendant.

------------------------------------------------------- X

Case No. 1:24-CV-07805-JGK

**DECLARATION OF**
**SEEMA NATHANI**

**SEEMA NATHANI**, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am over 18 years of age and I am fully competent to testify to the matters set forth herein. This Declaration is based on my personal knowledge and my review of business records kept and maintained by SitusAMC Holdings Corporation ("SitusAMC").

2.     I am currently employed by SitusAMC Holdings Corporation as the Director, Global Human Resources – HR Business Partner, which is headquartered at 250 West 57th Street, Suite 1801, New York, New York 10019. I have been employed in this position since approximately August 1, 2022. In my role, I am familiar with SitusAMC's human resources policies, procedures, and record-keeping practices.

3.     SitusAMC is a leading independent solutions provider to the commercial and residential real estate finance industry. The Company helps clients identify and capture opportunities in their real estate businesses through industry-leading services and innovative technologies that drive operational efficiency, increase business effectiveness, and improve market agility across the entire lifecycle of their global real estate activity.

4.     SitusAMC maintains personnel and employment records for its employees in the ordinary course of its regularly conducted business activities. These records are made at or near the time of the events they describe by persons with knowledge of those events, or from information transmitted by persons with such knowledge. It is the regular practice of SitusAMC to create and maintain such records.

5.     SitusAMC also maintains compensation related information on each of its employees, including those individuals that are directly employed by one of its platforms, such as Hanover Street Capital, LLC.

6.     Annexed to this Declaration as Exhibit A is a true and correct copy of Peter Ferdinandi's severance agreement dated November 6, 2023.

7.     Annexed to this Declaration as Exhibit B is a true and correct copy of Sunil Madan's offer letter dated November 4, 2021.

8.     Annexed to this Declaration as Exhibit C is a true and correct copy of a chart outlining the monetary components of severance offers presented by SitusAMC to Peter Ferdinandi and the only other Managing Director let go in the same reduction in force implemented in or around November 2023.

9.     Based upon my review of Sunil Madan's personnel records, Mr. Madan was approximately 54 years old at the time he was selected to be COO and Head of Hanover.

10.    Based upon my review of Michael Franco's personnel records, Mr. Franco was approximately 42 years old on or about November 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2026

_____
**SEEMA NATHANI**

2