UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

PETER FERDINANDI,

          Plaintiff,

-against-

SITUSAMC HOLDINGS CORPORATION,
D/B/A HANOVER STREET CAPITAL
LLC,

          Defendant.

------------------------------------------------------- X

Case No. 1:24-CV-07805-JGK

**DECLARATION OF COURTNEY S. STIEBER, ESQ. IN SUPPORT OF DEFENDANT'S LETTER BRIEF FOR LEAVE OF COURT TO FILE EXHIBITS TO A DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

**COURTNEY S. STIEBER, ESQ.**, based on my personal knowledge and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over eighteen years old, and I have personal knowledge of the following facts and/or have knowledge based upon my review of the records in this case.

2. I am a partner with the law firm Seyfarth Shaw LLP, attorneys for Defendant SitusAMC Holdings Corporation (incorrectly pled as "SitusAMC Holdings Corporation, D/B/A Hanover Street Capital LLC") ("Defendant") in the above-captioned action.

3. I submit this Declaration in support of Defendants' Letter Brief in Support of its Motion to Seal the three exhibits to the Declaration of Seema Nathani, filed in support of Defendant's Motion for Summary Judgment.

4. The parties entered into and filed a Protective Order, which was So Ordered by Your Honor on April 1, 2025 (the "Protective Order"). (*See* ECF #24).

5. Pursuant to the Protective Order, as ordered, the parties agreed Counsel for any party may designate any document, information contained in a document, information revealed in an interrogatory response or information revealed during a deposition as confidentiality if counsel

determines, in good faith, that such designation is necessary to protect the interests of the client."

(*See id.* at p. 1).

6.      The Protective Order, as ordered, provides that "[a]ll information subject to confidential treatment in accordance with the terms of this Stipulation and Order that is filed with the Court, and any pleadings, motions or other papers filed with the Court disclosing any confidential information, shall be filed under seal to the extent permitted by law (including without limitation any applicable rules of court) until further order of the Court." (*Id.* at p. 2).

7.      Defendant hereby submits a Letter Brief seeking permission to file under seal certain Confidential Information.

8.      The limited Confidential Information Defendant seeks to file in redacted form and under seal is as follows:

i.      Plaintiff Peter Ferdinandi's ("Plaintiff") severance agreement (Bates stamped SITUSAMC_000733 - 000751);

ii.     Sunil Madan's offer letter from Defendant dated November 4, 2021 (Bates stamped SITUSAMC_002877 - 002879); and

iii.    a chart outlining the monetary components of severance offers presented by Defendant to Plaintiff and a non-party employee as part of a reduction in force implemented in or around November 2023 (Bates stamped SITUSAMC_002980).

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: June 16, 2026

*/s/ Courtney S. Stieber*
Courtney S. Stieber, Esq.

2