UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

PETER FERDINANDI,

           Plaintiff,

-against-

SITUSAMC HOLDINGS CORPORATION
D/B/A HANOVER STREET CAPITAL
LLC,

           Defendant.

------------------------------------------------------- X

Civil Action No. 1:24-CV-07805-JGK

**AFFIRMATION OF SERVICE**

I, **COURTNEY S. STIEBER**, declare under the penalty of perjury:

1.      I am an attorney admitted to practice before this Court and a partner with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, attorneys for Defendant Situs AMC Holdings Corporation (incorrectly pled as "SitusAMC Holdings Corporation d/b/a Hanover Street Capital LLC") ("Defendant") in the above-referenced matter. As such, I am familiar with the facts set forth in this Affirmation.

2.      On June 16, 2026, I caused to be served the Declaration of Seema Nathani together with Exhibits A through C to the Declaration of Seema Nathani, which were filed under seal, on the below-listed counsel of record via email for Plaintiff Peter Fernandi.

Malcolm Gould, Esq.
Silverang Rosenzweig & Haltzman
Woodlands Center
900 East 8th Avenue, Suite 300
King of Prussia, PA 19406
Email: mgould@sanddlawyers.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 16, 2026

*/s/ Courtney S. Stieber*
Courtney S. Stieber