UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PETER FERDINANDI, :

Plaintiff, : ORDER

-v.- :

24 Civ. 7805 (JGK) (GWG)

SITUSAMC HOLDINGS CORPORATION, :

Defendant. :

----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Following discussion with the parties, the settlement conference scheduled for September 29, 2026, is adjourned sine die pending resolution of the summary judgment motion.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge